AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:14-mj-568-GWF |
| BRYAN M. BLEDSOE | ) | |
| | ) | Charging District:   District of Alaska |
| Defendant | ) | Charging District's Case No.   3: 14-cr-57-SLG-KFM |



FILED / ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 28 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | District of Alaska - Federal Building and U.S. Courthouse<br>222 West 7th Avenue<br>Anchorage, AK 99513-9513 | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Aug 28, 2014

_____
Judge's signature

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*

3:14-cr-0057-SLG-KFM

1.